UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |
|---|---|
| SBS TRANSPORT LLC, a Michigan limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>CUMMINS INC., an Indiana corporation, doing business as CUMMINS SALES AND SERVICE,<br><br>    Defendant. | Case No. 1:24-cv-405<br><br>Hon. Robert J. Jonker |

## NOTICE OF SETTLEMENT

Plaintiff SBS Transport LLC, by and through its counsel, hereby gives notice pursuant to Local Civil Rule 40.3 that an agreement has been reached by and between the parties to resolve Plaintiff's claims and dismiss the case. Plaintiff expects that the settlement agreement will be effectuated and a dismissal with prejudice will be filed within 45 days of today's date.

Dated: June 9, 2026

/s/ Theodore J. Westbrook
Theodore J. Westbrook (P70834)
**Westbrook Law PLLC**
Attorney for Plaintiff
Centennial Plaza, Suite 205

2851 Charlevoix Dr. SE
Grand Rapids, Michigan 49546
(616) 288-9548
ted@westbrook.law

Thomas v. Hubbard (P60575)
Drew, Cooper & Anding P.C.
Attorneys for Plaintiff
80 Ottawa Ave. NW, Suite 200
Grand Rapids, MI 49503
thubbard@dca-lawyers.com

2